# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GAIL MAGER,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TRAVELERS HOME AND** | : | |
| **MARINE INSURANCE COMPANY,** | : | **No. 19-02469** |
| *Defendant* | : | |

## ORDER

**AND NOW**, on this 13th day of January, 2020, upon consideration of the Defendant's Motion to Dismiss (Doc. No. 3), the Plaintiff's opposition (Doc. No. 12), the Plaintiff's Motion to Remand (Doc. No. 7), the Defendant's opposition (Doc. No. 8), and the Court having conducted oral argument on the motion on December 20, 2019, it is **ORDERED** that the motion to remand (Doc. No. 7) is **DENIED** and the motion to dismiss (Doc. No. 3) is **GRANTED**. The Clerk of Court is directed to **CLOSE** this case for all purposes, including statistics.

**BY THE COURT:**

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**